# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LYNCOLN DANGLAR, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action Number<br>) **4:19-cv-00494-AKK-JEO** |
| WILLIAM BARR, et al., | )<br>) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report recommending that the court transfer this action to the United States District Court for the Northern District of Georgia and leave Danglar's Emergency Motion for a Temporary Restraining Order, doc. 11, to the receiving court. *See* doc. 13. No objections have been filed.

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. It is therefore **ORDERED** that this action be **TRANSFERRED** to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a).

**DONE** the 6th day of December, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE